UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILISSA ANN SARGENT,<br><br>                                   Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON 401(k) SAVINGS PLAN, et al.,<br><br>                                   Defendants. | Case No.: 20cv1296-MMA(RBB)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On December 8, 2020, the Court held an early neutral evaluation conference in the above-entitled action.  Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D).  The parties are ordered to proceed with the initial disclosure process.  Any objections to initial disclosure will be resolved as required by rule 26.

2. The rule 26(f) conference shall be completed on or before **January 29, 2021**.

/ / /

3. A joint discovery plan shall be lodged with Magistrate Judge Brooks on or before **February 8, 2021**.

4. The initial disclosures pursuant to rule 26(a)(1)(A-D) shall occur on or before **February 12, 2021**. Any motions addressing disputes related to initial disclosures shall be filed no later than thirty (30) days following the date the disclosures were due. The 30-day deadline will not be extended without a prior Court order; counsel cannot unilaterally extend the deadline. For example, ongoing meet-and-confer efforts or supplemental disclosures do not extend the deadline. **A failure to comply may bar the party from filing a corresponding motion.**

5. Counsel are ordered to participate in a telephonic case management conference pursuant to Federal Rule of Civil Procedure 16(b) with United States Magistrate Judge Ruben B. Brooks on **March 16, 2021**, at **8:30 a.m.** Counsel shall participate in the conference by calling the Court's teleconference line (dial-in number 877-336-1829, access code 1944316).

Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case after the date of this order.

Failure of any counsel or party to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: December 8, 2020

_____
Hon. Ruben B. Brooks
United States Magistrate Judge

cc: Judge Michael M. Anello
All Parties of Record