UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILISSA ANN SARGENT,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON 401(k) SAVINGS PLAN; THE SOUTHERN CALIFORNIA EDISON BENEFITS COMMITTEE; THE PLAN ADMINISTRATOR OF THE SOUTHERN CALIFORNIA EDISON 401(k) SAVINGS PLAN; SOUTHERN CALIFORNIA EDISON COMPANY; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.  20-CV-1296-MMA-RBB<br><br>**ORDER GRANTING JOINT STIPULATION AND MOTION TO CONTINUE DATES SET IN SCHEDULING ORDER**<br>**[ECF NO. 26]**<br><br>Judge:  Hon. Michael M. Anello<br>Magistrate: Hon. Ruben B. Brooks<br><br>Complaint Filed:  July 10, 2020<br>Trial Date:        None Set |

This matter comes before the Court on the parties' Joint Stipulation and Motion to Continue Dates Set in Scheduling Order [ECF No. 26].

The Court, having read and considered the written submission of the parties, and finding good cause has been shown, hereby orders that the parties' Joint Motion is **GRANTED**.  The dates and deadlines set forth in the Order Setting Rule 26 Compliance [ECF No. 24], including the submission of the joint discovery plan and the exchange of initial disclosures, are hereby vacated.  The Court will reset these dates following Defendants' filing of a responsive pleading or motion to any potential amended complaint filed by Plaintiff.

1

1 | The Case Management Conference set for **March 16, 2021, at 8:30 a.m.** remains on calendar as previously scheduled.

**IT IS SO ORDERED.**

DATED: February 4, 2021

By: *Ruben Brooks*
Hon. RUBEN B. BROOKS
United States Magistrate Judge