# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILISSA ANN SARGENT,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON 401(k) SAVINGS PLAN, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 20-cv-1296-MMA (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 30] |

The parties jointly move to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  *See* Doc. No. 30.  Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action with prejudice.  The Court **DIRECTS** the Clerk of Court to close the case in its entirety.  Each party bears its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: March 3, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　United States District Judge